UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AURORA MARITIME INC.,                    :
                                          :        08 CV _____
                  Plaintiff,       :
                                          :
    - against -                         :
                                          :
GRANIT NEGOCE a/k/a                       :
GRANIT NEGOCE S.A.R.L. a/k/a              :
GRANIT NEGOCE S.A. a/k/a                  :
GRANITE TRADING,                          :
                                          :
                  Defendant.       :
-------------------------------------------------------------------X

## ORDER TEMPORARILY SEALING COURT FILE

An application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File:

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on July 7, 2008, and good cause shown having been shown, it is hereby

ORDERED that all documents, including, but not limited to, the Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until the earlier of further notice of this Court or notification to the Clerk that the Defendant's property has been attached and notice of attachment has been provided to the Defendant. The Clerk of this Court may have access to the sealed file to implement or ensure compliance with orders issued in this case.

Dated: New York, NY
       July ___, 2008

                                                                          _____
                                                                                U.S.D.J.