UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AURORA MARITIME INC.,                    :   08 CV 6178 (JSR)
                                         :
        Plaintiff,               :
                                         :
  - against -                            :
                                         :
GRANIT NEGOCE a/k/a                      :
GRANIT NEGOCE S.A.R.L. a/k/a             :
GRANIT NEGOCE S.A. a/k/a                 :
GRANITE TRADING,                         :
                                         :
        Defendant.               :
------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court (Swain, J – Part I) ordered on July 7, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED; and

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       July 28, 2008

SO ORDERED

_____
Hon. Jed S. Rakoff
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08