UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AURORA MARITIME INC., : 08 CV _____
:
               Plaintiff, :
:
- against - : **DISCLOSURE OF**
: **INTERESTED PARTIES**
CREDIT NEGOCE a/k/a : **PURSUANT TO**
CREDIT NEGOCE S.A.R.L. a/k/a : **FEDERAL RULE 7.1**
GRANIT NEGOCE S.A. a/k/a :
GRANITE TRADING, :
:
               Defendant. :
------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 7, 2008
      New York, NY

                                             The Plaintiff,
                                             AURORA MARITIME INC.

                                             By: _____
                                                Kevin J. Lennon
                                                Patrick F. Lennon

                                             LENNON, MURPHY & LENNON, LLC
                                             The Gray Bar Building
                                             420 Lexington Avenue, Suite 300
                                             New York, NY 10170
                                             (212) 490-6050 - phone
                                             (212) 490-6070 - fax
                                             kjl@lenmur.com
                                             pfl@lenmur.com