UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AURORA MARITIME INC.,

                Plaintiff,

   - against -

GRANIT NEGOCE a/k/a
GRANIT NEGOCE S.A.R.L. a/k/a
GRANIT NEGOCE S.A. a/k/a
GRANITE TRADING,

                Defendant.
-------------------------------------------------------------------X

08 CV 6178 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated:    New York, NY
            August 7, 2008

                                    The Plaintiff,
                                    AURORA MARITIME INC.

                                    By: _____
                                    Kevin J. Lennon
                                    Patrick F. Lennon

                                    LENNON, MURPHY & LENNON, LLC
                                    420 Lexington Avenue, Suite 300
                                    New York, NY 10170
                                    (212) 490-6050 - phone
                                    (212) 490-6070 - facsimile
                                    kjl@lenmur.com
                                    pfl@lenmur.com